**Continuing Abatement Order filed August 29, 2019.**



In The

# Fourteenth Court of Appeals

_____

## NO. 14-18-00329-CV
_____

**DARYL BARNES, Appellant**

**V.**

**HARRIS COUNTY, TEXAS, ET AL, Appellees**

---

**On Appeal from the 164th District Court**
**Harris County, Texas**
**Trial Court Cause No. 2016-14432**

---

## CONTINUING ABATEMENT ORDER

On June 13, 2019, we notified the parties that according to the Harris County District clerk's record, the judgment or order being appealed is not a final, appealable judgment. Specifically, it appears the claims again Ron Hickman remain pending in the trial court. In response to our order of July 9, 2019, requesting a supplemental clerk's record containing any records establishing there are no claims pending against Hickman, The Harris County District clerk has informed this court there are no such records.

In response to our jurisdictional inquiry, appellees asserted Hickman was never served with process. We therefore order that a supplemental Harris County District clerk's record containing any and all records reflecting issuance, service, and return of citation on Ron Hickman shall be filed with the clerk of this court on or before **September 6, 2019**.

If no such records are part of the case file, the Harris County District clerk is directed to file a supplemental record containing a certified statement to that effect.

The appeal will remain abated, treated as a closed case, and removed from this court's active docket. The appeal will be reinstated on this court's active docket when the supplemental Harris County District clerk's record is filed in this court. The court will also consider an appropriate motion to reinstate the appeal filed by either party, or the court may reinstate the appeal on its own motion.

PER CURIAM

Panel consists of Justices Christopher, Hassan and Poissant.